# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| STACIA DAHL, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff<br><br>v.<br><br>ELANCO ANIMAL HEALTH INCORPORATED,<br><br>Defendant. | Case No. CV-22-11-GF-BMM-JTJ<br><br>The Honorable Brian Morris<br><br>**ORDER** |

Plaintiff, having moved the Court to dismiss this case with prejudice as fully and finally resolved, IT IS HEREBY ORDERED that the Motion is GRANTED, and this matter is DISMISSED WITH PREJUDICE.

DATED this 19th day of December, 2022.

_____
Brian Morris, Chief District Judge
United States District Court